# Third District Court of Appeal

## State of Florida

Opinion filed May 28, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2201
Lower Tribunal Nos. F97-2776, F98-9986, F00-3913B

_____

**Angel Recio,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Coral Way Law Center, and Miguel San Pedro, for appellant.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. See Corria v. State, 932 So. 2d 530, 532 (Fla. 3d DCA 2006)

("A claim that the trial court improperly departed from the recommended

sentencing guidelines may not be brought pursuant to Florida Rule of Criminal Procedure 3.800(a) if the departure sentence is within the legal maximum because it does not constitute an illegal sentence."); State v. Huerta, 38 So. 3d 883, 885 (Fla. 3d DCA 2010) ("[W]here there is a plea agreement on the conviction and length of sentence to be imposed, . . . the sentencing guidelines are not applicable.").